IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-00900-JLK (consolidated with 07-cv-00904-JLK)**

**ECHOSTAR SATELLITE L.L.C., a Colorado limited liability company**,

   Plaintiff,

v.

**JVC ENTERTAINMENT, INC., a/k/a JVC ENTERTAINMENT-TV, INC., a New York corporation,
JULIO VANEGAS, an individual,
NICODAR CORDOVA, an individual,
DAVID G. LUBELL, an individual, and
PROPP, LUBELL & LAPIDIS, LLP, a New York limited liability partnership,**

   Defendants.

## ORDER OF CONSOLIDATION

Kane, J.

In the interest of judicial economy, Case No. 07-cv-904-JLK is consolidated with Case No. 07-cv-900-JLK. All future pleadings shall be filed in the lead case, using the caption indicated above.

Dated this 18th day of June, 2007.

                BY THE COURT:

                *S/John L. Kane*
                Senior Judge, United States District Court