IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-00900-JLK (consolidated with 07-cv-00904-JLK)**

**ECHOSTAR SATELLITE L.L.C., a Colorado limited liability company**,

        Plaintiff,

v.

**JVC ENTERTAINMENT, INC., a/k/a JVC ENTERTAINMENT-TV, INC., a New York corporation,
JULIO VANEGAS, an individual,
NICODAR CORDOVA, an individual,
DAVID G. LUBELL, an individual, and
PROPP, LUBELL & LAPIDIS, LLP, a New York limited liability partnership,**

        Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Leave to Amend Plaintiff's Response to the Lubbell Defendants' Motion to Dismiss (doc. #20), filed July 11, 2007, is GRANTED. The Amended Response is accepted as filed.

The Motion for Leave to File a Sur-Reply in Opposition to Vanegas/Cordova Motion to Dismiss (doc. #21), filed July 11, 2007, is GRANTED. The Sur-Reply is accepted as filed.

---

Dated: July 12, 2007