IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-00900-JLK (consolidated with 07-cv-00904-JLK)**

**ECHOSTAR SATELLITE L.L.C., a Colorado limited liability company**,

  Plaintiff,

v.

**JVC ENTERTAINMENT, INC., a/k/a JVC ENTERTAINMENT-TV, INC., a New York corporation,
JULIO VANEGAS, an individual,
NICANOR CORDOVA, an individual,
DAVID G. LUBELL, an individual, and
PROPP, LUBELL & LAPIDIS, LLP, a New York limited liability partnership,**

  Defendants.

---

## ORDER DISMISSING DEFENDANT NICANOR CORDOVA

---

Kane, J.

  Pursuant to Plaintiff's acknowledgment in its Response to Julio Vanegas and Nicanor Cordova's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 11) that Defendant Cordova is a real person and not the same person as Julio Vanegas, and in accordance with Plaintiff's stipulation that Cordova may be dismissed, IT IS ORDERED that Cordova is DISMISSED from this action.  Consideration of whether Echostar's claim against Cordova was frivolous or whether Echostar should otherwise be ordered to pay Cordova's attorney fees incurred defending against Echostar's claim is DEFERRED until sometime after I rule on the pending Motions to Dismiss (Docs. 12 and 13) and then only

on a properly filed motion for sanctions.


Dated:  July 27, 2007.                               **s/John L. Kane**
                                                     SENIOR U.S. DISTRICT JUDGE