IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-00900-JLK (consolidated with 07-cv-00904-JLK)**

**ECHOSTAR SATELLITE L.L.C., a Colorado limited liability company**,

      Plaintiff,

v.

**JVC ENTERTAINMENT, INC., a/k/a JVC ENTERTAINMENT-TV, INC., a New York corporation,**
**JULIO VANEGAS, an individual,**
**DAVID G. LUBELL, an individual, and**
**PROPP, LUBELL & LAPIDIS, LLP, a New York limited liability partnership,**

      Defendants.

---

**ORDER SETTING SCHEDULING CONFERENCE AND ORAL ARGUMENT ON PENDING MOTIONS FOR PARTIAL DISMISSAL OF PARTIES AND/OR CLAIMS**

---

Kane, J.

      Notwithstanding the pendency of the Motions to Dismiss of Julio Vanegas (for lack of personal jurisdiction and failure to plead fraud claims with specificity) and of David Lubell and the law firm of Propp, Lubell & Lapidis, LLP ("Law Firm Defendants") and Plaintiff's related Motion to Strike David Lubell's Affidavit, I order this matter set for a Rule 16 Scheduling Conference consistent with my Pretrial Procedures Memorandum, available at www.cod.uscourts.gov. I opt to proceed to conference based on the fact that Defendant JVC Entertainment, Inc./JVC Entertainment-TV, Inc. has not moved to dismiss and because the Law Firm Defendants' Motion premised on *Mehaffy, Rider, Windholz & Wilson v. Central Bank Denver*, 892 P.2d 230, 237 (Colo. 1995), while persuasive, is likely

not amenable to resolution on a 12(b)(6) dismissal standard.  I am also unpersuaded, on first impression, by Defendant Vanegas's arguments that the exercise of jurisdiction over his person offends traditional notions of fair play and substantial justice, or that Plaintiff's allegations of fraud are insufficiently pled under Rule 9(b).  I will nevertheless hear argument on both Motions at the Scheduling Conference, and reserve the right to issue bench rulings on those motions consistent with or contrary to these initial impressions.

Accordingly, this matter is set for Scheduling Conference on **October 3, 2007 at 2:00 p.m.**  in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. The parties should attend the conference (Defendant Vanegas may appear in person or by telephone without waiving his lack of personal jurisdiction defense) prepared to address my concerns regarding the merits of their respective positions.

The parties shall submit a Stipulated Scheduling and Discovery Order on or before **September 26, 2007**.  (See enclosed instructions for proper formatting of this order. The format of the Proposed Order should follow that included in the attached form of order which is different from those used by magistrate and other judges of this court.)

Counsel and pro se litigants shall read and strictly adhere to all instructions in the attached "Memorandum from Senior Judge John L. Kane to Counsel re: Pretrial and Trial Procedures".  Particular attention is called to Part V, regarding motions for summary judgment.

BY THE COURT:

Dated: July 30, 2007.          *s/John L. Kane*
                               SENIOR U.S. DISTRICT JUDGE