**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  October 3, 2007                                 Deputy Clerk: Bernique Abiakam
                                                       Court Reporter: Darlene Martinez

---

**Civil Action No.: 07-cv-00900-JLK**
Consolidated with Civil Action No.: 07-cv-00904-JLK

ECHOSTAR SATELLITE LLC,
a Colorado limited liability company,                  Jeffrey Cohen
                                                       Daniel Bristol
                                                       Jeff Blum
                                                       Gary Tucker

        Plaintiff,

v.

JVC ENTERTAINMENT INC.,
a/k/a JVC ENTERTAINMENT-TV INC.,
a New York corporation;
JULIO VANEGAS, an individual,
DAVID LUBELL, and individual, and
PROPP LUBELL & LAPIDUS, LLP,
a New York limited liability partnership,              Peter Lucas
                                                       Gregory M. O'Boyle
                                                       Steven Soulios
                                                       Mark S. Kaufman (via telephone)

        Defendants.


**Civil Action No.: 07-cv-00904-JLK**

ECHOSTAR SATELLITE LLC,
a Colorado limited liability company,                  Jeffrey Cohen
                                                       Daniel Bristol
                                                       Jeff Blum
                                                       Gary Tucker

        Plaintiff,

v.

*07-cv-00900-JLK; 07-cv-00904-JLK*
*Motions Hearing*
*October 3, 2007*

| | |
|---|---|
| JVC ENTERTAINMENT INC., a/k/a JVC ENTERTAINMENT-TV INC., a New York corporation; JULIO VANEGAS, an individual, NICODAR CORDOVA, an individual, DAVID LUBELL, and individual, and PROPP LUBELL & LAPIDUS, LLP, a New York limited liability partnership,  Defendants. | Peter Lucas Gregory M. O'Boyle Steven Soulios Mark S. Kaufman (via telephone) |

## COURTROOM MINUTES

**Motions Hearing**

**2:03 p.m.      Court in session.**

Court calls case.

Court's preliminary comments.

2:09 p.m.     Argument by Mr. Soulios.

2:26 p.m.     Argument by Mr. Lucas.

2:40 p.m.     Argument by Mr. Cohen.

2:55 p.m.     Further argument by Mr. Soulios.

3:01 p.m.     Further argument by Mr. Lucas. Questions by the Court.

3:06 p.m.     Argument by Mr. Kaufman.

3:08 p.m.     Conclusions by the Court.

*07-cv-00900-JLK; 07-cv-00904-JLK*
*Motions Hearing*
*October 3, 2007*

**ORDERED:**   Civil Action No.: 07-cv-00904-JLK; **Julio Vanegas's Motion To Dismiss for Lack of Personal Jurisdiction (Filed 5/14/07; Doc. No. 12) is DENIED without Prejudice.**

**ORDERED:**   Civil Action No.: 07-cv-00904-JLK; **Defendants David G. Lubell And Propp, Lubell & Lapidus, LLP's Motion To Dismiss Pursuant To Fed.R.CIV.P 12(b)(2) and (6) (Filed 5/15/07; Doc. No. 13) is GRANTED, but David Lubell's alternative request (within Doc. No. 13) for relief for dismissal for lack of personal jurisdiction is DENIED, without Prejudice.**

**ORDERED:**   Civil Action No.: 07-cv-00900-JLK; **Motion To Strike Affidavit Of David Lubell (Filed 6/25/07; Doc. No. 15) is DENIED.**

**ORDERED:**   Civil Action No.: 07-cv-00900-JLK; **Defendants' Request For Attorney Fees (*within Doc. No. 15*) is DENIED.**

**ORDERED:**   **Counsel shall submit a revised scheduling order based upon today's rulings.**

**3:15 p.m.   Court in recess.**
Hearing concluded.
Time in court - 01:12