IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-00900-JLK (consolidated with 07-cv-00904-JLK)**

**ECHOSTAR SATELLITE L.L.C., a Colorado limited liability company**,

      Plaintiff,

v.

**JVC ENTERTAINMENT, INC., a/k/a JVC ENTERTAINMENT-TV, INC., a New York corporation,**
**JULIO VANEGAS, an individual,**
**DAVID G. LUBELL, an individual, and**
**PROPP, LUBELL & LAPIDIS, LLP, a New York limited liability partnership,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion to Administratively Close this Case to Finalize Settlement (doc. #55), filed March 31, 2008, is GRANTED. This case is ADMINISTRATIVELY CLOSED until July 23, 2008, so the parties can finalize settlement in this matter.

Dated: April 25, 2008