IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-00900-JLK (consolidated with 07-cv-00904-JLK)**

**ECHOSTAR SATELLITE L.L.C., a Colorado limited liability company**,

    Plaintiff,

v.

**JVC ENTERTAINMENT, INC., a/k/a JVC ENTERTAINMENT-TV, INC., a New York corporation,
JULIO VANEGAS, an individual,
DAVID G. LUBELL, an individual, and
PROPP, LUBELL & LAPIDIS, LLP, a New York limited liability partnership,**

    Defendants.

---

## ORDER

---

Kane, J.

The Joint Motion to Dismiss this Case With Prejudice (doc. #59), filed August 1, 2008, is GRANTED. This case is DISMISSED WITH PREJUDICE, the parties to bear their own costs and fees.

                                                BY THE COURT:

Dated: August 11, 2008                     *s/John L. Kane*
                                                SENIOR U.S. DISTRICT JUDGE